# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRADEXIM INTERNATIONAL CO. CALIFORNIA<br>2102 Business Center Dr.<br>Irvine, California  92612<br><br>                    Plaintiff,<br><br>                v.<br><br>GAVRILOVIC HOLDING PETRINJA,<br>V. Nazora 16<br>44250 Petrinja<br>Republic of Croatia<br><br>                    Defendant. | Civil Action No. 1:16-cv-1288 (___) |

## COMPLAINT FOR RECOGNITION OF
## FOREIGN-COUNTRY MONEY JUDGMENT

Plaintiff Tradexim International Co. California ("Tradexim"), by and through its undersigned counsel, files this Complaint for recognition of a foreign-country money judgment entered in the Republic of Croatia ("Croatia") against Defendant Gavrilovic Holding Petrinja ("Gavrilovic"), and alleges as follows:

### THE PARTIES

1.     Plaintiff, Tradexim, is a company organized under the laws of California, with its principal place of business at 2102 Business Center Dr. Irvine,

California 92612.

2. Defendant, Gavrilovic, is, upon information and belief, a company organized under the laws of the Republic of Croatia, having its principal place of business at V. Nazora 16, 44250 Petrinja, Republic of Croatia.

## JURISDICTION AND VENUE

3. Federal diversity jurisdiction exists pursuant to 28 U.S.C. §1332 because Gavrilovic is a citizen of a foreign country, Tradexim is a citizen of California, and because the amount in controversy exceeds $75,000.

4. Venue is proper pursuant to 28 U.S.C. §1391(b)(3) because Gavrilovic is subject to the Court's personal jurisdiction pursuant to D.C. Code § 15-365 (2001).

## THE CROATIAN JUDGMENT

5. On March 20, 2000, after a hearing in which the parties appeared and were represented by counsel, the Commerical Court in Zagreb, Croatia entered judgment for Tradexim against Gavrilovic in the amount of $385,868.25 in a dispute alleging a claim for debt for undelivered goods.  A true and correct copy of the Judgment together with a certified English translation thereof is attached hereto as Exhibit A.

6. On June 28, 2001, the High Commerical Court of the Republic of Croatia confirmed the Judgment ("the Final Judgment").  A true and correct copy

of the Final Judgment together with a certified English translation thereof is attached hereto as Exhibit B.

## COUNT ONE

### (Uniform Foreign-Country Money Judgment Recognition Act)

7. Tradexim repeats and incorporates by reference the allegations in paragraphs 1 through 6 as if fully set forth herein.

8. The District of Columbia has adopted the Uniform Foreign-Country Money Judgments Act, D.C. Code Sections 15-361 through 371 ("the Act").

9. The Act applies to the Final Judgment.

10. The Final Judgment is final, conclusive, and enforceable under the laws of the Republic of Croatia.

11. The Final Judgment was rendered in an impartial judicial system that utilizes procedures compatible with the requirements of due process of law.

12. The Croatian courts had personal jurisdiction over Gavrilovic and subject-matter jurisdiction over the dispute that resulted in the Final Judgment.

13. The basic elements of due process were met in the Croatian court proceedings.

14. None of the grounds under the Act for refusal to recognize a foreign-country judgment apply herein.

15. The Final Judgment remains unpaid to this date.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Tradexim prays as follows:

A. The Final Judgment be recognized and that this Court accordingly enter judgment in favor of Tradexim and against Gavrilovic in the amount of $385,868.25;

B. Such further relief as this Court may deem just and proper;

C. For post-judgment interest under the law and the Final Judgment; and,

D. For costs of this suit.

Dated: June 24, 2016                    Respectfully submitted,

/s/ *Melvin White*
Thomas G. Corcoran, Jr.
D.C. Bar No. 143693
Melvin White
D.C. Bar No. 422087
Laina C. Lopez
D.C. Bar No. 477412
BERLINER CORCORAN & ROWE LLP
1101 Seventeenth Street, N.W., Suite 1100
Washington, D.C.  20036
Tel:   (202) 293-5555
Fax:   (202) 293-9035

*Attorneys for Plaintiff Tradexim International Co. California*